UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARILYN HEAD,

          Petitioner,         Case No. 2:21-cv-10568
                                           Hon. Nancy G. Edmunds

v.

STATE OF FLORIDA,

          Respondent.
_____/

**JUDGMENT**

**IT IS ORDERED** that the petition for writ of habeas corpus is summarily **DISMISSED.**

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

Dated at Detroit, Michigan, this 5th day of April, 2021.

                                                             KINIKIA ESSIX
                                                             CLERK OF THE COURT

APPROVED:                                          BY:  s/ L. Bartlett_____
                                                                   DEPUTY CLERK

s/ Nancy G. Edmunds_____
Nancy G. Edmunds
United States District Court